346 A.2d 303

ESTATE of Gerald F. SCANLON, Deceased.

Appeal of Frances TOWNLEY.

Supreme Court of Pennsylvania.

Argued July 1, 1975.

Decided Oct. 3, 1975.

William L. Huganir, Norristown, for appellant.

Marvin L. Wilenzik, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party pay own costs.

MANDERINO, J., filed a dissenting opinion.

MANDERINO, Justice (dissenting).

I dissent. For a document to serve as a will, it must show decedent's intent to make a testamentary gift, *Fick Will*, 418 Pa. 352, 211 A.2d 425 (1965), must be in writing and be signed at the end thereof. 20 CPSA § 2502. The decedent, Gerald F. Scanlon, executed a bank signature card on March 15, 1965, intending to create a joint account with a right of survivorship between himself and appellant, his cousin, Frances Townley. That signature card clearly shows decedent's intent to make a gift of the balance of the account to appellant if she survived him. It qualifies in all respects as a testamentary disposition.